# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNA MAE TERRY**, | : Civil Action No. 1:12-CV-263 |
| Plaintiff, | : (Chief Judge Conner) |
| v. | : |
| **NORTHROP GRUMMAN HEALTH PLAN**, | : |
| Defendant. | : |

## **ORDER**

AND NOW, this 13th day of December, 2013, upon consideration of the motion for summary judgment (Doc. 40), filed by defendant Northrop Grumman Health Plan, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (Doc. 40) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant Northrop Grumman Health Plan and against plaintiff Anna Mae Terry, and to CLOSE the above-captioned case.

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania